IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RANDOLPH EPPS,

    Plaintiff,                    No. CIV S-04-2227 DFL KJM P

    vs.

KATHY MENDOZA-POWERS, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 26, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on October 20, 2004 and February 10, 2006. All requests were denied. For the same reasons set forth in the prior denials, IT IS HEREBY ORDERED that

        1. Plaintiff's June 26, 2006 request for appointment of counsel is denied.

        2. Plaintiff's amended complaint shall be filed within thirty days of the filed date of this order.

DATED: July 18, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

/mp epps2227.31thr