1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOHN RANDOLPH EPPS,

11              Plaintiff,              No. CIV S-04-2227 DFL KJM P

12        vs.

13    KATHY MENDOZA-POWERS, et al.,

14              Defendants.            FINDINGS & RECOMMENDATIONS

15    _____/

16              On July 19, 2006, plaintiff was ordered to file an amended complaint within thirty

17    days.  Plaintiff has not filed an amended complaint or otherwise responded to the court's order.

18              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

19    without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

20              These findings and recommendations are submitted to the United States District

21    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

22    days after being served with these findings and recommendations, plaintiff may file written

23    objections with the court.  The document should be captioned "Objections to Magistrate Judge's

24    Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

25    /////

26    /////

1

specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

F.2d 1153 (9th Cir. 1991).

DATED:  August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
epps2227.fnrs

2