IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN RANDOLPH EPPS,

    Plaintiff,                    No. CIV S-04-2227 DFL KJM P

   vs.

KATHY MENDOZA-POWERS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On March 22, 2007, plaintiff filed a document in which he seeks the appointment of counsel. This civil rights action was closed on December 12, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: March 30, 2007.

_____
U.S. MAGISTRATE JUDGE

1
epps2227.58